# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  DONALD L. CONKLIN & JILL D. CONKLIN          Case Number: 04-73435
        6658 W. MIDTOWN ROAD                         SSN-xxx-xx-2009 & xxx-xx-0872
        MOUNT MORRIS, IL  61054

                                                     Case filed on:    7/8/2004
                                                     Plan Confirmed on: 9/10/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $33,923.76          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICE OF MACEY & ALEMAN | 1,700.00 | 1,700.00 | 1,700.00 | 0.00 |
|  | Total Legal | 1,700.00 | 1,700.00 | 1,700.00 | 0.00 |
| 004 | BAKER MILLER MARKOFF & KRASNY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | COLLECT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | FREEDMAN, ANSELMO, LINDBERG & RAPPE | 0.00 | 0.00 | 0.00 | 0.00 |
| 201 | COLUMBIA NATIONAL INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 210 | BENEFICIAL FINANCE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 998 | DONALD L. CONKLIN | 0.00 | 0.00 | 1,857.17 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,857.17 | 0.00 |
| 001 | AMERICAN HOME MORTGAGE SERVICING INC | 9,467.39 | 9,467.39 | 9,467.39 | 0.00 |
| 001 | AMERICAN HOME MORTGAGE SERVICING INC | 350.00 | 350.00 | 350.00 | 0.00 |
|  | Total Secured | 9,817.39 | 9,817.39 | 9,817.39 | 0.00 |
| 002 | ARIZONA CENTRAL CREDIT UNION | 899.88 | 899.88 | 899.88 | 0.00 |
| 003 | AT&T UNIVERSAL CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 670.41 | 670.41 | 670.41 | 0.00 |
| 006 | RESURGENT CAPITAL SERVICES | 2,660.84 | 2,660.84 | 2,660.84 | 0.00 |
| 008 | DISCOVER FINANCIAL SERVICES | 7,722.44 | 7,722.44 | 7,722.44 | 0.00 |
| 010 | HFC | 6,449.18 | 6,449.18 | 6,449.18 | 0.00 |
| 011 | JP MORGAN CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | KATHERINE SHAW BETHEA HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | RECEIVABLE MANAGEMENT CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | UNION SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 18,402.75 | 18,402.75 | 18,402.75 | 0.00 |
|  | Grand Total: | 29,920.14 | 29,920.14 | 31,777.31 | 0.00 |

Total Paid Claimant:     $31,777.31
Trustee Allowance:       $2,146.45           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   100.00             discharging the trustee and the trustee's surety from any and all
                                             liablility on account of the within proceedings, and closing the estate,
                                             and for such other relief as is just.  Pursuant to FRBP, I hereby
                                             certify that the subject case has been fully administered.

Report Dated:

                                             ___/s/ Lydia S. Meyer_____
                                                Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/30/2007          By  /s/Heather M. Fagan